**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| TONI IVANOV, | ) | |
| individually and on behalf of a class, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 08 CV 2149 |
| | ) | Judge Coar |
| SB LEASING, INC d/b/a SOUND BAR, | ) | Magistrate Judge Denlow |
| and DOES 1-10, | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION OF DISMISSAL**

Pursuant to Fed.R.Civ.P. 41(a)(1)(ii), the parties hereby stipulate to the dismissal of this action with prejudice as to the claims of plaintiff Toni Ivanov and without prejudice as to the claims of putative class members as alleged in the complaint, and with each party to bear their own costs.

Respectfully submitted,

s/Thomas E. Soule
Daniel A. Edelman (courtecl@edcombs.com)
Thomas E. Soule (tsoule@edcombs.com)
EDELMAN, COMBS, LATTURNER
    & GOODWIN, LLC
120 South LaSalle Street, 18th Floor
Chicago IL 60603
(312) 739-4200
(312) 419-0379 (fax)

s/Scott W. Hoyne
Scott W. Hoyne (hoynes@jbltd.com)
JOHNSON & BELL, LTD.
33 West Monroe Street, Suite 2700
Chicago IL 60603
(312) 372-0770
(312) 372-9818 (fax)

**CERTIFICATE OF SERVICE**

I, Thomas E. Soule certify that on June 9, 2008, I caused a true and accurate copy of the preceding document and the document referred to therein filed with the Court electronically and served upon Scott Hoyne (hoynes@jbltd.com) by operation of the Court's electronic filing system.

s/Thomas E. Soule
Thomas E. Soule