## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | David H. Coar | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2149 | **DATE** | 6/23/2008 |
| **CASE TITLE** | Toni Ivanov vs. SB Leasing, Inc., et al | | |

**DOCKET ENTRY TEXT**

Pursuant to the Stipulation of Dismissal [11], this action is dismissed with prejudice as to Toni Ivanov. The claims of putative class members are dismissed without prejudice. Each party shall bear their own costs. Civil case terminated.

/s/David H. Coar

David H. Coar, U.S. District Judge

Docketing to mail notices.

| | Courtroom Deputy Initials: | PAMF |
|---|---|---|